**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sharyn G. CAMPBELL, Defendant—Appellant.**

No. 02–30223.
D.C. No. CR–91–00034–a–HRH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 13, 2003.

Decided Aug. 29, 2003.

Richard L. Pomeroy, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Christine S. Schleuss, Friedman, Rubin & White, Anchorage, AK, for Defendant–Appellant.

Before PREGERSON, CANBY, and MCKEOWN, Circuit Judges.

MEMORANDUM*

Because the district court ordered restitution separately from probation and, on remand, considered specific factors as required under the Victim and Witness Protection Act (VWPA), we conclude that the district court ordered restitution under the VWPA. Under the VWPA, Campbell's obligation to pay restitution did not cease at

---

the end of her probationary period. 18 U.S.C. § 3579(f) (1986).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.